# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>v.<br><br>RASHAD CRAIG TANNER,<br><br>　　　　Defendant | Case No.: 2:18-cr-00266-APG-EJY<br><br>**Order Striking Objection to Magistrate Judge's Order**<br><br>[ECF Nos. 84, 87] |

Defendant Rashad Tanner filed a *pro se* objection to an order entered by Magistrate Judge Youchah. ECF No. 84. Tanner is represented by counsel in this case. "[A] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Local Rule IA 11-6(a). Thus, Tanner was not authorized to file the objection; only his counsel could do so. Therefore, the objection must be stricken as a rogue filing.

I HEREBY ORDER that the Government's motion to strike **(ECF No. 87) is granted** and Tanner's objection **(ECF No. 84) is stricken**.

DATED this 6th day of July, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE