UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00266-APG-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| RASHAD CRAIG TANNER, | |
| Defendant. | |

Pending before the Court is the Government's Motion to Strike Defendant's Motion to Review Detention Order. ECF No. 116. As Defendant has done before, he personally filed the Motion to Review Detention Order despite being represented by counsel. In the District of Nevada, "[a] party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). "This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *Id.* As Defendant is currently represented by appointed legal counsel, Defendant's personally filed Motion must be struck.

Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Strike Defendant's Motion to Review Detention Order (ECF No. 116) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall strike Defendant's Motion to Review Detention Order (ECF No. 115) from the docket.

DATED this 13th day of December, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE